UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 3, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                         )<br>               Plaintiff,                    )<br>v.                                                    )<br>                                                         )<br>Nancy Sciolino,                               )<br>                                                         )<br>               Defendant.                  ) | Case No.  2:09-mj-34 GGH<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Nancy Sciolino  Case 2:09-mj-34 GGH  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　　　　__   Release on Personal Recognizance

　　　　　__   Bail Posted in the Sum of _____

　　　　　_X_  Unsecured bond in the amount of $10,000

　　　　　__   Appearance Bond with 10% Deposit

　　　　　__   Appearance Bond secured by Real Property

　　　　　__   Corporate Surety Bail Bond

　　　　　_X_  (Other) Probation conditions/supervision;

Issued at  Sacramento, CA  on 2/3/09    at  3:05 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge