```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Staff Attorney
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    NANCY R. SCIOLINO
 7

 8                    UNITED STATES DISTRICT COURT

 9                    EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,    ) No. 2:09-CR-70 FCD
                                 )
11              Plaintiff,       ) STIPULATION AND ORDER
                                 )
12       v.                      ) Date:  March 23, 2009
                                 ) Time:  10:00 a.m.
13  NANCY R. SCIOLINO,           ) Judge: Hon. Frank C. Damrell, Jr.
                                 )
14              Defendant.       )
    _____)
15

16       IT IS HEREBY STIPULATED by the parties, through their respective

17  counsel, Michelle Rodriguez, Assistant United States Attorney, and

18  Michael Petrik, Jr., Staff Attorney, attorney for Ms. Sciolino, that

19  the Court should vacate the status conference scheduled for March 23,

20  2009, at 10:00 a.m., and set the new date of April 20, 2009, at 10:00

21  a.m., for status conference.

22       It is further stipulated between the parties that the Court should

23  exclude the period beginning March 23, 2009, through April 20, 2009,

24  when it computes the time within which the trial of the above criminal

25  prosecution must commence for purposes of the Speedy Trial Act.  The

26  parties stipulate that the ends of justice served by granting Ms.

27

28  STIPULATION AND ORDER              1                       09-CR-70 FCD
```

Sciolino's request for a continuance outweigh the best interest of the public and Ms. Sciolino in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

Dated: March 19, 2009

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ M.Petrik

MICHAEL PETRIK, Jr.
Staff Attorney
Attorneys for Defendant

Dated: March 19, 2009

LAWRENCE G. BROWN
Acting United States Attorney

/s/ M.Petrik for Ms. Rodriguez
   (by consent via email)

MICHELLE RODRIGUEZ
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: March 19, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE