```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    NANCY R. SCIOLINO
 7

 8                   UNITED STATES DISTRICT COURT

 9                  EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,    ) No. 2:09-CR-70 FCD
                                 )
11              Plaintiff,       ) STIPULATION AND ORDER TO CONTINUE
                                 ) HEARING TO AUGUST 17, 2009
12        v.                     )
                                 ) Date:  July 13, 2009
13  NANCY R. SCIOLINO,           ) Time:  10:00 a.m.
                                 ) Judge: Hon. Frank C. Damrell, Jr.
14              Defendant.       )
    _____)
15
```

16      The parties stipulate, through respective counsel, Michelle

17 Rodriguez, Assistant United States Attorney, and Michael Petrik, Jr.,

18 attorney for Ms. Sciolino, that the Court should vacate the motion

19 hearing scheduled for July 13, 2009, at 10:00 a.m., and set a new

20 hearing date of August 17, 2009, at 10:00 a.m.

21      The parties stipulate that the government may file its opposition

22 brief by July 20, 2009, and that the defense may file a reply brief by

23 August 3, 2009.

24      The parties further stipulate that the Court should exclude the

25 period from the signing of this order through August 17, 2009, when it

26 computes the time within which the trial of the above criminal

27

28  STIPULATION AND ORDER            1                    09-CR-70 FCD

prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting this request for a continuance outweigh the best interest of the public and Ms. Sciolino in a speedy trial, and that this is an appropriate exclusion of time within the meaning of 18 U.S.C. § 3161(h)(1)(D) (Local Code E) and § 3161(h)(8)(B)(iv) (Local Code T4).

Dated: May 29, 2009               Respectfully submitted,

                                  DANIEL BRODERICK
                                  Federal Defender

                                  /s/ M.Petrik
                                  _____
                                  MICHAEL PETRIK, Jr.
                                  Assistant Federal Defender
                                  Attorneys for Defendant


Dated: May 29, 2009               LAWRENCE G. BROWN
                                  Acting United States Attorney

                                  /s/ M.Petrik for Ms. Rodriguez
                                     (by consent via telephone)
                                  _____
                                  MICHELLE RODRIGUEZ
                                  Assistant U.S. Attorney

   **IT IS SO ORDERED.**

DATED: May 29, 2009               _____
                                  FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE