1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5

6  Attorneys for Defendant
   NANCY R. SCIOLINO

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,      ) No. 2:09-CR-0070 FCD
                                  )
11           Plaintiff,            ) STIPULATION AND ORDER TO CONTINUE
                                  ) FILING DATE OF DEFENDANT'S REPLY
12     v.                         ) BRIEF TO AUGUST 12, 2009
                                  )
13 NANCY R. SCIOLINO,             ) Date:  August 17, 2009
                                  ) Time:  10:00 a.m.
14           Defendant.            ) Judge: Hon. Frank C. Damrell, Jr.
   _____)

15

16      The parties stipulate, through respective counsel, Michelle

17 Rodriguez, Assistant United States Attorney, and Michael Petrik, Jr.,

18 attorney for Ms. Sciolino, that the defendant may file her reply brief

19 on August 12, 2009.

20      The parties further stipulate that the Court has excluded time

21 within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D)

22 (Local Code E), to August 17, 2009, at 10:00 a.m., when it will hear

23 this matter.

24 / / /

25 / / /

26 / / /

27

28 STIPULATION AND ORDER                 1                2:09-CR-0070 FCD

```
1  Dated: August 3, 2009                  Respectfully submitted,

2                                         DANIEL BRODERICK
                                          Federal Defender
3
                                          /s/ M.Petrik
4                                         _____
                                          MICHAEL PETRIK, Jr.
5                                         Assistant Federal Defender
                                          Attorneys for Defendant
6

7

8  Dated: August 3, 2009                  LAWRENCE G. BROWN
                                          Acting United States Attorney
9
                                          /s/ M.Petrik for Ms. Rodriguez
10                                            (consent via email)
                                          _____
11                                        MICHELLE RODRIGUEZ
                                          Assistant U.S. Attorney
12

13

14      **IT IS SO ORDERED.**

15
                                          _____
16  DATED: August 3, 2009                 FRANK C. DAMRELL, JR.
                                          UNITED STATES DISTRICT JUDGE
17
```